Queens, New York
May 13, 2024

Honorable Judge's Brenda Sannes
Northern District of New York

RE: Letter on behalf Jonnathan Javier Guazhima Belesaca

Your Honor,

My name is Fredy E. Guazhima Belesaca,                  , owner of Modulair Services Corp., a HVAC system company.

I respectively request consideration of his release for the time already served in prison. Jonnathan Javier Guazhima Belesaca has dreams and promising future in front of him, and it would be a great disservice to my company if he would be imprisoned for longer. He worked with me, he was my right hand, excellent worker, reliable.

I miss Jonnathan a lot as a worker, was an excellent co-worker, since I haven't found another person I can trust and leave in charge of a job, and as a brother I miss him a lot because we are very close, he is a great brother, when I needed him, no matter what, he was there to see me or help me.

From the beginning of this unfortunate affair, I have had problems concentrating 100% on my work, I feel alone, sad and I have cried on many occasions. I know that my brother is also suffering a lot, he regrets having accepted that favor. I don't talk much to him because when he closes the call it breaks my heart and I cry, this has emotionally affected my entire family.

I am aware of the charge that Jonnathan Javier Guazhima Belesaca is facing, and I know that he has taken full responsibility for his actions. Jonnathan is a person of good character who made a mistake, and that he is committed to making amends and becoming a better person.

I strongly urge you to consider his release. God bless you.

Sincerely,

Diana J. Guazhima

Astoria, NY 11102

May 14, 2024

Honorable Judge's Brenda Sannes
Northern District of New York

RE: Mercy letter for Jonnathan Javier Guazhima Belesaca

Dear Honorable Judge Sannes,

I am writing to request mercy for my brother Jonnathan Javier Guazhima Belesaca. I am aware that Jonnathan Javier Guazhima Belesaca is appearing before you in court, and I would like to express my anguish for him.

We come from a humble Ecuadorian family, he is the last of four siblings (children of the same father and mother). I am the only woman and the second. Jonnathan is like a son to me, when he was 6 months old my father abandoned us and I took care of my brother. My mother had to work a lot, she washed and ironed other people's clothes and also cleaned houses, my mother worked so hard to give us clothing, food and education. Despite the shortcomings and not having a father by our side, we grew up with a lot of love, being reciprocal, altruistic, respectful and honest.

As a mother, I know how much my mother suffers knowing that Jonnathan is in prison and has an uncertain future. My kids always ask me, when is uncle Jonnathan coming? My heart hurts not knowing when he will return and not being able to give a concrete answer to my children.

Jonnathan Javier Guazhima Belesaca is a good brother, hardworking, reliable, good father, he grew up with good manners. Because he is altruistic and believes in his "friends", he has made mistakes, and with the time he has been in prison I feel and from what I have spoken with him, he has remorse, learned that he cannot trust just anyone, and is committed to making things right. I am confident that he can become a positive member of society and make a valuable contribution to the community.

Thank you for considering my letter, and I am available to answer any questions or provide further information if needed.

Sincerely,

Diana Guazhima